# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| DARRON FARMER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:14-cv-4160-NKL |
| | ) | |
| BILLY NICHOLSON et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiffs move this Court for an entry of Default Judgment against Defendants for failure to file an Answer or Responsive Pleading, [Doc. 15]. Defendants Billy Nicholson and Jessica Noelle Sizemore Nicholson were served by Plaintiffs on July 2, 2013. [Docs. 12 & 13]. Pursuant to Federal Rule of Civil Procedure 12(a), Defendants' answer or responsive pleading was due 21 days after being served. As of the date of this Order, more than 21 days have passed since Defendants were served and no responsive pleading or answer has been filed. Therefore, Plaintiffs' Motion for Default Judgment is granted.

It is ordered that Defendants Billy Nicholson and Jessica Noelle Sizemore Nicholson are enjoined from:

1. Soliciting any future clients in the Mid-Missouri area; and
2. Servicing any future clients in the Mid-Missouri area; and
3. Collecting any money from any roofing clients in the Mid-Missouri area.

It is further ordered that a hearing to determine actual damages in this case is set for Wednesday, September 10, 2014, at 9:00 a.m., in District Courtroom 4A, 80 Lafayette Street, Jefferson City, MO.

A copy of this Order will be mailed to Defendants at the location they were served:

        1480 Pleasant Grove Road
        Villa Rica, Georgia 30180

                                        s/ Nanette K. Laughrey
                                        NANETTE K. LAUGHREY
                                        United States District Judge

Dated: August 29, 2014
Jefferson City, Missouri