IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

DARON FARMER and )
TEXAS PROFESSIONAL EXTERIORS, LLC )
d/b/a D&S ROOFING, LLC., )
)
        Plaintiffs, )
v. ) Case No. 14CV-04160-NKL
)
BILLY NICHOLSON d/b/a )
D AND S ROOFING AND CONSTRUCTION )
and PBI EXTERIORS, et al., )
)
        Defendants. )

## JUDGMENT

Plaintiffs filed their Complaint against the above-named Defendants on June 24, 2014. Billy Nicholson d/b/a PBI Exteriors was served on July 2, 2014. The summons was left at his residence with Jessica Noelle Sizemore Nicholson and was mailed to his last known address. [Doc. 12]. Jessica Noelle Sizemore Nicholson d/b/a Southern Charm Spray Tan was served on July 2, 2014. The summons was personally served on her at her home. [Doc. 13]. Defendants did not timely file a responsive pleading to Plaintiffs' Complaint, and on August 7, 2014, Plaintiffs filed a Motion for Default Judgment against Defendants for failure to file an Answer. [Doc. 15]. On August 29, 2014, the Court granted the Motion for Default Judgment, [Doc. 17], and an evidentiary hearing was scheduled for September 25, 2014, for the purpose of determining monetary damages. [Docs. 17, 19]. Notice of the hearing was sent to Defendants via first class mail at the address they were served.

The evidentiary hearing was held on September 25, 2014. Plaintiffs appeared by their attorney, Gwen Froeschner Hart. Defendants did not appear. Plaintiffs presented evidence through the testimony of Plaintiff Daron Farmer.

The Court, having considered the evidence, enters judgment in favor of Plaintiffs Daron Farmer and Texas Professional Exteriors, LLC, d/b/a D & S Roofing, LLC, and against Defendants Billy Nicholson d/b/a PBI Exteriors and Jessica Noelle Sizemore Nicholson d/b/a Southern Charm Spray Tan, jointly and severally, in the amount of $50,000.00 for actual damages, and in the amount of $250,000.00 for exemplary and punitive damages for willful and malicious actions against Plaintiffs. Each Party shall bear his/her/its own attorneys fees and costs. Costs to be taxed against Defendants.

IT IS SO ORDERED.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: October 15, 2014
Jefferson City, Missouri